# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**STEPHANIE FLOWERS and**
**LINDA TOWNSEND**                                                                      PLAINTIFFS

v.                          No. 5:10-cv-273-DPM

**SAM ATKINSON, individually**
**and in his official capacity; IVAN**
**WHITFIELD, individually and in his**
**official capacity; and LAWRENCE**
**DAVIS, in his official capacity**                                                    DEFENDANTS

## ORDER

The Court congratulates the parties on their settlement and thanks Judge Kearney for his efforts. The scheduling order is suspended. All pending motions, *Document Nos. 43, 65, &79*, are denied as moot. Unless a party moves the Court to resolve some dispute about the settlement or seeks some other relief before 4 June 2012, the Court will thereafter enter judgment dismissing the complaint with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 May 2012