IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEPHANIE FLOWERS and
LINDA TOWNSEND                                              PLAINTIFFS

v.                          No. 5:10-cv-273-DPM

SAM ATKINSON, individually
and in his official capacity; IVAN
WHITFIELD, individually and in his
official capacity; and LAWRENCE
DAVIS, in his official capacity                             DEFENDANTS

## JUDGMENT

Flowers and Townsend's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 June 2012